No. 4620.—Sucs. de Roque González & Co., apldos., v. López, aplte.—C. D. San Juan. Junio 5, 1928. Apareciendo de la moción de la parte apelada y de la certificación acompañada a la misma que la apelación se interpuso en este caso el 5 de mayo de 1928 y desde entonces la parte apelante nada ha gestionado para perfeccionarla, se declara con lugar dicha moción y en su consecuencia se desestima el recurso.

No. 4611—Lara, aplte., v. Casanovas, apldo.—C. D. Ponce. Junio 5, 1928. Interpuesta la apelación en este caso el 13 de febrero de 1928 y habiendo vencido en 9 de mayo último la prórroga concedida a la parte apelante para presentar la transcripción de la evidencia sin que la haya radicado ni obtenido nueva prórroga y sin que tampoco haya presentado en este tribunal los autos de la apelación, ésta es desestimada.

No. 4612.—Juarbe, aplda., v. Claudio et al., apltes.—C. D. San Juan. Junio 8, 1928. Vista la moción que antecede sobre desestimación de la presente apelación; apareciendo que la tercerista apelada ha obtenido dos sentencias a su favor sobre los méritos, primero en la corte municipal, y luego, después de un juicio de novo, en la corte de distrito, y no constando claramente del legajo de la sentencia que el verdadero valor de la propiedad en controversia, adquirida por la tercerista apelada por compra mediante el pago de trescientos dollars como precio de tal adquisición, exceda de la suma indicada, se declara con lugar la referida moción y se desestima, en su consecuencia, la apelación interpuesta.